**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dion THOMAS, Defendant—Appellant.**

**No. 05–6553.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 24, 2006.

Decided: March 14, 2006.

Dion Thomas, Appellant Pro Se. Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

*ON REHEARING*

PER CURIAM:

Dion Thomas appeals the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Thomas,* No. CA–04–864–F (E.D.N.C. Dec. 27, 2004). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*